UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JOY L. BOWENS, Individually and On Behalf of All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 15-00758-CV-W-DW<br>) |
| MAZUMA FEDERAL CREDIT UNION, et al., | )<br>)<br>) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE CONCERNING RESOLUTION**

Plaintiff respectfully provides notice to the Court of the following:

1. The parties have engaged in settlement negotiations over the last few weeks. On Friday, February 3, counsel for the parties met in Kansas City to further discuss resolution.

2. At that meeting, the parties reached an agreement in principle to resolve the litigation with the material terms having been agreed to by the parties. The parties are memorializing their agreement in a formal settlement document.

3. Accordingly, the deadlines concerning class certification and other case-related deadlines are moot.

4. Plaintiff anticipates filing her motion for preliminary approval of the settlement within sixty days.

WHEREFORE, Plaintiff respectfully provides notice of the parties' resolution and the anticipated schedule for Plaintiff's motion for preliminary approval of the settlement.

Respectfully submitted,

DATED: February 7, 2017

BY: */s/Matthew L. Dameron*
Matthew L. Dameron, MO Bar # 52093

1

matt@williamsdirks.com
**WILLIAMS DIRKS DAMERON, LLC**
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Telephone: (816) 876-2600

Richard D. McCune, CA State Bar #132124 (*Pro Hac Vice*)
rdm@mccunewright.com
**MCCUNE WRIGHT AREVALO LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Taras Kick, CA State Bar #143379 (*Pro Hac Vice*)
taras@kicklawfirm.com
**THE KICK LAW FIRM, APC**
201 Wilshire Boulevard
Santa Monica, California 90401
Telephone: (310) 395-2988
Facsimile: (310) 395-2088

*Attorneys for Plaintiff Joy L. Bowens
and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2017, I electronically filed the foregoing through the Court's ECF system which will send notification of same to:

J. Emmett Logan        MO Bar # 30019
George F. Verschelden    MO Bar # 55128
Zachary H. Hemenway    MO Bar # 59670
STINSON LEONARD STREET LLP
1201 Walnut St., Suite 2900
Kansas City, Missouri 64106
Tel: (816) 842-8600
Fax: (816) 691-3495
emmett.logan@stinsonleonard.com
george.verschelden@stinsonleonard.com
zachary.hemenway@stinsonleonard.com

2

ATTORNEYS FOR DEFENDANTS

/s/ Matthew L. Dameron
Matthew L. Dameron