IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JOY L. BOWENS, *individually and on behalf of all others similarly situated*, ) ) ) | |
| Plaintiff, ) | |
| v. ) | No. 15-00758-CV-W-BP |
| ) | |
| MAZUMA FEDERAL CREDIT UNION, ) ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

_____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_\_\_X\_\_\_\_  **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

ORDER case is dismissed with prejudice pursuant to the Court's Order issued on 10/23/17.

Dated : 10/23/2018

/s/Paige Wymore-Wynn
Clerk of Court

/s/ K. McIlvain
Deputy Clerk